374 A.2d 703

Commonwealth, Appellant, v. Harris.

Argued March 22, 1977. Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; Kenneth D. Brown, Assistant Public Defender, submitted a brief for appellee.

Order affirmed.